

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00221-CR

**DARYL JOE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D37693-CR

## DISSENTING OPINION ON REMAND

I am unable to identify a legally appropriate distinction between the facts and legal analysis in the majority and concurring opinions in *Lang v. State*, 561 S.W.3d 174 (Tex. Crim. 2018), from the relevant facts and appropriate legal analysis that would, therefore, apply and bind us in this appeal.  Applying *Lang*, we should move to requiring the parties to brief the appropriate remedy.  I respectfully dissent.

TOM GRAY
Chief Justice



Dissenting opinion delivered and filed June 7, 2023